1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

9

AT SEATTLE

10

11    ADEN HASSAN, ALI YESUF, ARDO ALI, DESALEGN
ASRAT, EDWIN PALAGANAS, EMEBET                      No. 2:18-cv-00177
GEBREMARIAM, EPHREM EMBEKA, EYOB TEDLA,

12    FATIMA WASYE, FELIROSE VASQUEZ, FITSUM            **NOTICE OF**
KOTISO, FREWOINE MOGESS, GETACHEW                   **APPEARANCE**

13    AMBAW, HABTAMA YEHUALA, HIBO ALI, HIRUT
B. TAMERATE, IBRAHIM SHOUR, JAIME R.

14    BENITIZ, JAMES P EDORIA, KEDIR S MOHAMMED,
KHADIJA HASSAN, MARGNESH BEREDA, MESFIN

15    M. YESHEWAWERK, MULUALEM MANDAFRO,
OXANA PODOLSCHI, RAMIL GARCIA, SARA

16    ENGIDAWORK, SUSAN OFFRIL, TEWODROS
MESSELE, TIGIST MENJI, TILAHUN ABEBE,

17    TIRENGO TADEGE, TSHAY BEYENE, AAISHA
HIRSI, ABDIRAHMAN AHMED, ABIGAIL CAYMOL,

18    ABIYE DARGIE, AHMED MOHAMED, AIDA V.
ENRIQUEZ, ALEM BELETE, AMRAN HASSAN,

19    ANTONIO MILLER, ASFHA YOURDANOS, AZEB
FANTAYE, BEREKET T SATORE, BEZABEH

20    AMBAW, CHARLES DUKES III, CHRISTOPHER
MACAPAGAL, CRISPULO A. GARCIA, DAGNE

21    FEKERTE, DEREJE DEJENE, DITUTU WADITUTU,
DON JOSEPH AGUILAR, EARL L. STEVENSON II,

22    ELMIRA A AKHMEDOVA, EVELYN OLANO, FISEHA
KOTISO, GENMU MILLER, HAIMANOT FESER,

23

NOTICE OF APPEARANCE  – Page 1

1  HAREGEWOINI SERETSE, HILDA DURAN, HIWOT
   ALEMU, HOSEA P. WILCOX, INTISAR IBRAHIM,
2  JABRIL A. IBRAHIM, JAY ALLAN CARINIO TORRES,
   JOSE CERVANO, KARL RODRIGUES, KORESHO
3  MOHAMMED, LEMLEM AREDA, LEWAM HAILU,
   LOAAJAN RAJAN, LYUDMILA ALEKSYUK, MA
4  CONCEPCION AGUILAR, MAZI BELETE, MEHARI
   TESFAGERGISH, MERLEEH L. CARINIO,
5  MOHAMMED GASIN, NARCISO DELA CRUZ, JR.,
   ORVEN XAVIERY OLIGO, PRINCYPRASATH
6  RAJAN, RAMON BARTOLOME JR., REYDANTE
   EDNALINO, ROGELIO TABADERO, ROGER
7  ARENAS, ROSE C. MAIYO, ROY PODE, SABRINA
   JOYCE STEVENSON, SAIDA H. GURE,
8  SATHIYAMABAMA RAJAN, SERGIO AMORA,
   SIMONE MESSELE, SIRAAD H NUUR, SIRAK
9  BELAY, SOLOME GEBRETSADIK, TEGEGNE
   FEREDE, TENAYE BUFISO, TESFANESH GARBADO,
10 TOMAS DIMAILIG, VERONICA PARKER,
   WONDIYRADE LAKEW, YEKATERINA
11 MALEVANNAYA, YI WANG, YILMA WAKO, and
   VILMA MACAPAGAL,
12
                                    Plaintiffs,
13        v.

14 FLIGHT SERVICES & SYSTEMS, INC., a foreign
   corporation, INTERNATIONAL TOTAL SERVICES,
15 INC., a foreign corporation, ROBERT WEITZEL
   JEANETTE "JEAN" WEITZEL and PHIL
16 ARMSTRONG,

17                                  Defendants.

18
          THE UNDERSIGNED hereby appears as counsel of record for Plaintiffs.
19
   DATED February 6, 2018.
20

21                        By:   /s/ David N. Mark
                          David N. Mark, WSBA #13908
22                        Beau C. Haynes, WSBA #44240
                          Washington Wage Claim Project
23

   NOTICE OF APPEARANCE  – Page 2

810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone:  (206) 340-1840
Fax:  (206) 682-2305
E-mail: david@wageclaimproject.org
E-mail:  beau@wageclaimproject.org

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE  – Page 3

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below, I caused a true and correct copy of the foregoing to

be filed electronically using the CM/ECF system and served on the following:

Alan D. Schuchman, WSBA #45979
Rochelle Y. Nelson, WSBA #48175
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Ste. 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-447-1973
aschuchman@skellengerbender.com
rnelson@skellengerbender.com

*Attorneys for Defendant Flight Services & Systems, Inc.*
Via Email, US Mail and CM/ECF E-Service

Dated:  February 6, 2018

/s/ Beau C. Haynes
Beau C. Haynes, WSBA No. 44240
WASHINGTON WAGE CLAIM PROJECT
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel. (206) 340-1840
Email: beau@wageclaimproject.org

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE  – Page 4